LAWYERS MORTGAGE COMPANY, Plaintiff, v. DORA A. DE WALTOFF and DAYVE B. DE WALTOFF, Appellants, and Others, Defendants. WILLIAM J. McCURDY, as Receiver, Respondent.— Order granting receiver's motion to compel appellants to pay and turn over to him the sum of $490 affirmed, with ten dollars costs and disbursements. The Special Term, in its discretion, was free to decide, upon the

affidavits, the issue of fact in respect of fraud, no request for a reference respecting it having been made. Such an issue ordinarily should be determined upon a reference. Rule 74 of the Rules of Civil Practice regulates the form of the order. Young, Kapper, Hagarty, Carswell and Davis, JJ., concur.